**SHA-1 Hash:** 58046BCCA813271DCC68D7BA6F52B65888614C71  **Title:** Best New Starlets 2012
**Rights Owner:** Patrick Collins, Inc.

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 68.36.242.72 | 4/20/2012 1:45 | Kearny | NJ | Comcast Cable | BitTorrent |
| 2 | 68.37.131.54 | 4/1/2012 15:00 | Long Branch | NJ | Comcast Cable | BitTorrent |
| 3 | 68.37.163.103 | 5/28/2012 10:38 | Clementon | NJ | Comcast Cable | BitTorrent |
| 4 | 68.37.237.70 | 5/23/2012 21:28 | Hillsborough | NJ | Comcast Cable | BitTorrent |
| 5 | 68.38.172.112 | 5/11/2012 1:19 | Paulsboro | NJ | Comcast Cable | BitTorrent |
| 6 | 68.39.181.108 | 4/24/2012 9:49 | Hightstown | NJ | Comcast Cable | BitTorrent |
| 7 | 68.39.19.87 | 5/28/2012 14:12 | Medford | NJ | Comcast Cable | BitTorrent |
| 8 | 68.44.56.47 | 5/25/2012 5:58 | Cranford | NJ | Comcast Cable | BitTorrent |
| 9 | 68.44.9.79 | 5/1/2012 0:26 | Millville | NJ | Comcast Cable | BitTorrent |
| 10 | 68.45.212.56 | 5/25/2012 11:06 | Thorofare | NJ | Comcast Cable | BitTorrent |
| 11 | 68.45.248.111 | 5/24/2012 18:07 | Mount Holly | NJ | Comcast Cable | BitTorrent |
| 12 | 68.45.72.35 | 5/3/2012 13:42 | Mount Laurel | NJ | Comcast Cable | BitTorrent |
| 13 | 68.84.236.247 | 5/13/2012 15:07 | Voorhees | NJ | Comcast Cable | BitTorrent |
| 14 | 69.142.21.13 | 4/21/2012 12:31 | Brick | NJ | Comcast Cable | BitTorrent |
| 15 | 69.248.206.115 | 4/14/2012 23:09 | Toms River | NJ | Comcast Cable | BitTorrent |
| 16 | 69.248.222.107 | 5/28/2012 6:11 | Brick | NJ | Comcast Cable | BitTorrent |
| 17 | 76.116.238.13 | 5/28/2012 18:06 | Sicklerville | NJ | Comcast Cable | BitTorrent |
| 18 | 71.1.61.243 | 5/7/2012 1:00 | Blairstown | NJ | Embarq Corporation | BitTorrent |
| 19 | 71.53.12.201 | 5/3/2012 3:18 | Newton | NJ | Embarq Corporation | BitTorrent |
| 20 | 174.44.117.104 | 5/21/2012 23:30 | Bridgewater | NJ | Optimum Online | BitTorrent |
| 21 | 24.190.186.240 | 4/19/2012 2:40 | Dunellen | NJ | Optimum Online | BitTorrent |
| 22 | 24.228.176.62 | 4/1/2012 20:41 | Old Bridge | NJ | Optimum Online | BitTorrent |

EXHIBIT A

CNJ7

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 23 | 67.80.250.216 | 4/12/2012 6:39 | Randolph | NJ | Optimum Online | BitTorrent |
| 24 | 67.83.159.155 | 4/14/2012 18:26 | Clifton | NJ | Optimum Online | BitTorrent |
| 25 | 67.83.6.191 | 5/9/2012 8:56 | Passaic | NJ | Optimum Online | BitTorrent |
| 26 | 68.192.64.12 | 5/11/2012 16:04 | Piscataway | NJ | Optimum Online | BitTorrent |
| 27 | 63.156.112.131 | 5/9/2012 0:38 | Cranbury | NJ | Qwest Communications | BitTorrent |
| 28 | 108.35.232.75 | 5/1/2012 2:49 | Somerville | NJ | Verizon Internet Services | BitTorrent |
| 29 | 173.54.197.149 | 5/20/2012 0:52 | Passaic | NJ | Verizon Internet Services | BitTorrent |
| 30 | 173.54.213.196 | 5/3/2012 19:27 | Clifton | NJ | Verizon Internet Services | BitTorrent |
| 31 | 173.61.19.77 | 4/9/2012 2:05 | Sewell | NJ | Verizon Internet Services | BitTorrent |
| 32 | 173.61.99.107 | 4/11/2012 20:58 | Pennington | NJ | Verizon Internet Services | BitTorrent |
| 33 | 173.72.89.252 | 6/5/2012 19:28 | Merchantville | NJ | Verizon Internet Services | BitTorrent |
| 34 | 71.172.20.64 | 5/10/2012 22:10 | Clifton | NJ | Verizon Internet Services | BitTorrent |
| 35 | 71.187.153.183 | 4/22/2012 20:44 | Cranford | NJ | Verizon Internet Services | BitTorrent |
| 36 | 71.187.18.84 | 4/22/2012 18:56 | Bloomfield | NJ | Verizon Internet Services | BitTorrent |
| 37 | 74.102.92.183 | 4/26/2012 2:43 | Hoboken | NJ | Verizon Internet Services | BitTorrent |
| 38 | 74.105.159.205 | 4/1/2012 11:02 | Short Hills | NJ | Verizon Internet Services | BitTorrent |
| 39 | 96.225.64.229 | 6/2/2012 5:01 | Toms River | NJ | Verizon Internet Services | BitTorrent |
| 40 | 96.240.13.97 | 4/27/2012 4:48 | Ridgefield Park | NJ | Verizon Internet Services | BitTorrent |
| 41 | 98.109.12.77 | 4/7/2012 21:40 | Bloomfield | NJ | Verizon Internet Services | BitTorrent |
| 42 | 98.110.112.61 | 5/16/2012 17:39 | Haddonfield | NJ | Verizon Internet Services | BitTorrent |
| 43 | 98.110.49.86 | 4/25/2012 3:55 | Woodbury | NJ | Verizon Internet Services | BitTorrent |

EXHIBIT A

CNJ7